SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CHI'KEVIOUS KING
a/k/a "Street"

CASE NO. 6:25-cr-**249-RBD-RMN**
21 U.S.C. § 841(a)(1)

26-mj-8048-Mattheman
FILED BY **SW** D.C.
Jan 22, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Distribution of Controlled Substances)**

On or about August 15, 2025, in the Middle District of Florida, the defendant,

CHI'KEVIOUS KING
a/k/a "Street,"

did knowingly and intentionally distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

**PREVIOUS CRIMINAL CONVICTIONS**

1.  For the purposes of this section, the allegations contained in Count One are incorporated by reference.

2.  Before the defendant CHI'KEVIOUS KING committed the offense charged in Count One, he had a final conviction for a serious drug felony, namely, a conviction under Florida Statute § 893.13(1)(a), for which he served more than 12 months of imprisonment and for which he was released from serving any term of

imprisonment related to that offense within 15 years of the commencement of the offense charged in Count One.

## FORFEITURE

1.　The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.　Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.　If any of the property described above, as a result of any acts or omissions of the defendant:

  a.　cannot be located upon the exercise of due diligence;

  b.　has been transferred or sold to, or deposited with, a third party;

  c.　has been placed beyond the jurisdiction of the Court;

  d.　has been substantially diminished in value; or

  e.　has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).



GREGORY W. KEHOE
United States Attorney

By: _____
Sarah Megan Testerman
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
September 25

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

CHI'KEVIOUS KING

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

Filed in open court this 10th day of September, 2025.

_L. Juzu_____
Clerk

Bail $_____

GPO 863 525